IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL CONSTRUCTION LLC
2413 Schuster Drive
Cheverly, Maryland  20781,

    Plaintiff,

v.

HUNT CONSTRUCTION GROUP, INC.
214 Carnegie Center, Suite 103
Princeton, NJ  08540

AND

KMI HOLDINGS LLC
30 S. Meridien Street #1100
Indianapolis, Indiana  46204

AND

1000K LLC
1750 New York Avenue NW #5131
Washington, DC  20006

    Defendants.

Case No. _____

CASE NUMBER 1:06CV01363
JUDGE: Ricardo M. Urbina
DECK TYPE: General Civil
DATE STAMP: 08/01/2006

## JOINT NOTICE OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE that Defendants Hunt Construction Group, Inc. ("Hunt"), 1000K LLC ("1000K LLC"), and KMI Holdings LLC ("KMI"), by and through undersigned counsel, hereby remove this action pursuant to 28 U.S.C. § 1441, *et. seq.*, from the Superior Court for the District of Columbia, Civil Division to the United States District Court for the District of Columbia. As grounds for removal, defendants state as follows:

1. On or about July 12, 2006, an action was commenced in the Superior Court for the District of Columbia, Civil Division, entitled *Civil Construction LLC v. Hunt Construction Group, Inc. and KMI Holdings LLC and 1000K LLC*, Civil Action No. 000523-06.

2. The Plaintiff is seeking to enforce a lien against property owned by 1000K for work the Plaintiff allegedly performed pursuant to a Subcontract with Defendant Hunt.

3. There is sufficient diversity of citizenship. At the time of the events giving rise to the lawsuit and filing of the complaint, Plaintiff was a citizen of the State of Maryland. Hunt is a citizen of the State of Indiana, with its principal place of business in Arizona. KMI Holdings LLC ("KMI") is a citizen of the State of Indiana, with its principal place of business in Indiana. and 1000K LLC ("1000K"), is a citizen of the District of Columbia, with its principal place of business in the District of Columbia.

4. The jurisdictional amount is satisfied. Plaintiffs' complaint alleges damages of $147,832.40.

5. Therefore, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) and this matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal removes the entire action, including all parties and claims.

7. This Notice of Removal is timely. Defendant Hunt was served with a copy of said Complaint on July 17, 2006. Defendants KMI and 1000K were served with a copy of said Complaint on July 14, 2006.

8. Pursuant to 28 U.S.C. § 1446, copies of all process, pleadings and orders received by defendants are attached as Exhibit A.

2

9. In accordance with 28 U.S.C. § 1446(a), a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of the District of Columbia, Civil Division.

10. Defendants expressly reserve all rights and defenses relating to Plaintiffs' claims.

WHEREFORE, Hunt respectfully requests that this matter be removed to this Court for all purposes.

Dated: August 1, 2006

Respectfully Submitted,

*(signature)*
Jeffrey R. Gans
Michael S. McNamara, Bar # 493773
THELEN REID & PRIEST LLP
701 Eighth Street NW
Washington, DC 20001
202/508-4000

*Counsel for Hunt Construction Group, Inc.*

*(signature)* Robert Symon by Michael McNamara By consent
Robert J. Symon, D.C. Bar # 436245
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
(202) 719-8294 (phone)
(202) 719-8394 (fax)

*Counsel for KMI Holdings LLC and 1000 K LLC*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August 2006, a true and accurate copy of the foregoing Notice of Removal of Civil Action was served via first class mail and electronic mail on the following:

>Robert A. Klimek, Esq.
>Klimek, Kolodney, & Casale, PC
>1155 15th Street, N.W., Suite 606
>Washington, DC 20005
>
>*Counsel for Civil Construction, LLC*

                                                                _____
                                                                 Michael S. McNamara