# EXHIBIT A

DC #225697 v1



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CIVIL CONSTRUCTION LLC
Vs.                                            C.A. No.    2006 CA 005323 B
HUNT CONSTRUCTION GROUP, INC.

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ANNA BLACKBURNE-RIGSBY
Date: July 12, 2006
Initial Conference: 9:30 am, Friday, October 20, 2006
Location: Courtroom 519
  500 Indiana Avenue N.W.
  WASHINGTON, DC 20001

**06 1363**

**FILED**

AUG - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Civil Construction, LLC

*Plaintiff*

VS.

Hunt Construction Group, Inc.

*Defendant*

Civil Action No. 0005323-06

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below**. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Robert A. Klimek, Jr.
Name of Plaintiff's Attorney

1155 15th Street, NW, Suite 606
Address
Washington, DC 20005

(202) 785-0491
Telephone

By _____
Deputy Clerk

Date 7/12/06    JUL 1 2 2006

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-454/Mar. 91    NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CIVIL CONSTRUCTION LLC<br>2413 Schuster Drive<br>Cheverly, Maryland 20781<br><br>    Plaintiff,<br><br>v.<br><br>HUNT CONSTRUCTION<br>GROUP, INC.<br>214 Carnegie Center, Suite 103<br>Princeton, NJ 08540<br>    Serve:  C.T. Corporation, Inc.<br>              1015 15th Street, N.W., Suite 1000<br>              Washington, DC 20005<br><br>AND<br><br>KMI HOLDINGS LLC<br>30 S. Meridian Street #1100<br>Indianapolis, Indiana 46204<br>    Serve:  Alvin E. Kite<br>              30 S. Meridian Street #1100<br>              Indianapolis, Indiana 46204<br><br>AND<br><br>1000 K LLC<br>1750 New York Avenue N.W. # 5131<br>Washington, DC 20006<br>    Serve:  Corporation Service, Co.<br>              1090 Vermont Avenue, NW.,<br>              Washington, D.C. 20005<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)  0005323-06<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[RECEIVED Civil Clerk's Office JUL 12 2006 Superior Court of the District of Columbia Washington, D.C.]

## BILL IN EQUITY

COMES NOW, Plaintiff Civil Construction LLC ("Civil Construction"), by and through counsel, and hereby files this Bill in Equity against the above named

Case 1:06-cv-01363-RMU   Document 1-2   Filed 08/01/2006   Page 6 of 9

Defendants as prime contractor, owner or agents of the owner of property located at 1000 K Street N.W., Washington, D.C., stating as follows:

## PARTIES

1. Plaintiff Civil Construction LLC is a Maryland corporation registered to do business in the District of Columbia and maintains its headquarters at 2431 Schuster Drive, Cheverly, Maryland 20781.

2. Upon information and belief Hunt Construction Group, Inc., ("Hunt") is an Indiana corporation qualified to do business in the District of Columbia, whose address is 214 Carnegie Center, Suite I 03, Princeton, NJ 08540.

3. Upon information and belief, Defendant KMI Holdings, LLC is an agent of the owner of the property at 1000 K Street N.W., Washington, D.C. Upon information and belief, Defendant KMI Holdings, LLC has its principal offices at 30 S. Meridian Street, #1100, Indianapolis, Indiana 46204.

4. Upon information and belief, Defendant 1000 K Street LLC is the owner of the property at 1000 K Street N.W., Washington, D.C.. Upon information and belief, Defendant 1000 K Street LLC has its principal business at 1000 K Street, N.W, Washington, D.C. 20005.

## STATEMENTS IN SUPPORT OF ENFORCEMENT OF LIEN

1. On September 23, 2004, Civil Construction entered into a Subcontract Agreement ("Subcontract") with Defendant Hunt to perform certain work for construction of an Embassy Suites Hotel at 1000 K Street, N.W, Washington, D.C. ("Project") which Hunt has contracted with the owner to provide under a Prime contract.

2

2.  Civil Construction commenced performance of the Subcontract on March 14, 2005 and completed the Subcontract work on December 16, 2006.

3.  The outstanding and unpaid balance of the contract is $147,832.40.

4.  On January 18, 2006, Civil Construction filed a notice of intent to hold a Mechanics Lien against the interest of the owner of 1000 K Street, N.W, Washington, D.C.

5.  A copy of the notice of the intention of Civil to hold a Mechanic's Lien against the current owner of the property located at 1000 K Street N.W., Washington, D.C. was served on the agent of the owner on January 20, 2006.

WHEREFORE, Civil Construction LLC prays that the Owner's interest in 1000 K Street, N.W, Washington, D.C. be sold and the proceeds of sale applied to the satisfaction of the Mechanics Lien and that Civil Construction be awarded its attorneys' fees and costs, and such further and other relief in its favor that this Court deems proper and just.

Date: July 12, 2006

Respectfully submitted,

*/s/ Robert A. Klimek, Jr.*
Robert A. Klimek, Jr. (DC Bar # 231605)
KLIMEK, KOLODNEY, & CASALE, PC.
1155 15th Street, N.W., Suite 606
Washington, D.C. 20005
202 785-0491
202 659-9852 – Facsimile
Counsel for Civil Construction LLC

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

Civil Construction, LLC

*Plaintiff*

vs.

1000 K, LLC

*Defendant*

0005323-06

Civil Action No. [ ]

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Robert A. Klimek, Jr.
Name of Plaintiff's Attorney

1155 15th Street, NW, Suite 606
Address
Washington, DC 20005

(202) 785-0491
Telephone

By _____
Deputy Clerk

Date 7/12/06          JUL 1 2 2006

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93     NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.