IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIVIL CONSTRUCTION LLC<br><br>    Plaintiff,<br><br>v.<br><br>HUNT CONSTRUCTION GROUP, INC., *et al*.<br><br>    Defendants._____/ | Case No. 1:06CV01363 |

**<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S BILL IN EQUITY</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Hunt Construction Group, Inc., KMI Holdings LLC, and 1000 K LLC (collectively, the "Defendants") hereby move to dismiss plaintiff Civil Constriction LLC's Bill in Equity for failure to state a claim on which relief may be granted. A Memorandum of Points and Authorities in support of Defendants' Motion and a proposed Order are attached.

WHEREFORE, Defendants respectfully request that this Court grant this Motion to Dismiss Plaintiff's Bill in Equity.

Dated:  August 8, 2006  Respectfully submitted,

_____/s/_____
Michael S. McNamara, D.C. Bar # 493773
Jeffrey R. Gans, D.C. Bar # 452332
David T. Dekker, D.C. Bar # 358173
Thelen Reid & Priest LLP
701 Eighth Street, NW
Washington, D.C. 20001
(202) 508-4227 (phone)
(202) 654-1854 (fax)

*Counsel for Hunt Construction Group, Inc.*

_____/s/_____
Robert J. Symon, D.C. Bar # 436245
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
(202) 719-8294 (phone)
(202) 719-8394 (fax)

*Counsel for KMI Holdings LLC and 1000 K LLC*

OF COUNSEL
José M. Pienknagura, Esq.
Hunt Construction Group, Inc.
6720 N. Scottsdale Road, Suite 300
Scottsdale, Arizona  85008
(480) 368-4740 (phone)
(480) 368-4745 (fax)

*Counsel for Hunt Construction Group, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 8th day of August 2006, a true and accurate copy of the foregoing Defendants' Motion to Dismiss was served via first class mail and electronic mail on the following:

>Robert A. Klimek, Esq.
>Klimek, Kolodney, & Casale, PC
>1155 15th Street, N.W., Suite 606
>Washington, DC 20005
>
>*Counsel for Civil Construction, LLC*

                                                      /s/
                                       Michael S. McNamara

DC #226057 v1