IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIVIL CONSTRUCTION LLC<br><br>    Plaintiff,<br><br>v.<br><br>HUNT CONSTRUCTION GROUP, INC., *et al*.<br><br>    Defendants.<br>_____/ | Case No. 1:06CV01363 |

## **ORDER**

This matter comes before the Court on Defendants Hunt Construction Group, Inc., KMI Holdings LLC, and 1000 K LLC's (collectively, the "Defendants") Motion to Dismiss Plaintiff Civil Construction LLC's Bill in Equity, and the Court having found that good cause exists, it is hereby,

ORDERED, that Defendants' Motion to Dismiss is GRANTED.

Dated: August ____, 2006.

                                                                            _____
                                                                            United States District Court Judge

DC #226042 v1