IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIVIL CONSTRUCTION LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>HUNT CONSTRUCTION GROUP, INC., *et al*.<br><br>　　　Defendants.<br>_____/ | Case No. 1:06CV01363 |

## ORDER

This matter comes before the Court on Defendants Hunt Construction Group, Inc., KMI Holdings LLC, and 1000 K LLC's (collectively, the "Defendants") Motion to Dismiss Plaintiff Civil Construction LLC's Bill in Equity, and the Court having found that good cause exists, it is hereby,

ORDERED, that Defendants' Motion to Dismiss is GRANTED.


Dated: August ____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge