06-1363 (RMU)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

REJECTED & RETURNED

AUG 10 2006

)
)
Plaintiff(s)       )       Civil Action No. 2006 CA 5323 06
                   )
                   )       FILED
                   )       RECEIVED BY MAIL
vs.                )
                   )       AUG 09 2006
Defendant(s)       )       Superior Court
                   )       of the District of Columbia
                   )       Washington, D.C.

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, __Katelyn Belcher__, under oath do hereby state the following:

That my age and birth date are as follows: __19 years old Born on Oct. 21, 1986__

That my residential or business address is: __1155 15th Street, N.W, Ste. 606, Washington, D.C. 20005__

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant __1500 K LLC__ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the Defendant herein or __J. Ferrerre__, a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt show the date of delivery as __July 14, 2006__.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS

_K. Belcher_
Signature

Subscribed and sworn to before me this __7th__ day of __August 19, 2006__

_signature_
Deputy Clerk/Notary Public

Chrys D. Lemon
Notary Public, District of Columbia
My Commission Expires 08-14-2008

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Co
   1090 Vermont Ave, NW
   Washington, DC
   20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): J. Ferrerre    C. Date of Delivery: 7/14/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED JUL 17 2006

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 1820 0001 0452 7318

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C. T. Corporation
   1015 15th Street, NW
   Suite 1000
   Washington, DC
   20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 0____ ____

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985

---

RECEIVED

AUG 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT