06-1363 (RMU)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

REJECTED & RETURNED

AUG 10 2006

)
)
Plaintiff(s) ) Civil Action No's: 0005323-06
)
FILED
RECEIVED BY MAIL
)
vs. )
AUG 09 2006
)
Defendant(s) )
Superior Court
of the District of Columbia
Washington, D.C.

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, Katelyn Belcher, under oath do hereby state the following:

That my age and birth date are as follows: 19 years old Born on Oct. 21, 1986

That my residential or business address is: 1455 15th Street, N.W. Ste. 606, Washington, D.C. 20005

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant 1500 K LLC _____ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the Defendant herein or J. Ferrerre, a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt show the date of delivery as July 14, 2006.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(c)(3).

SPECIFIC FACTS

K. Belcher
Signature

Subscribed and sworn to before me this 7th day of August 19, 2006

_____
Deputy Clerk/Notary Public

Chrys D. Lemon
Notary Public, District of Columbia
My Commission Expires 08-14-2008

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): J. Ferrerre
C. Date of Delivery: 7/14/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

RECEIVED JUL 17 2006

1. Article Addressed to:
Corporation Service Co
1090 Vermont Ave, NW
Washington, DC
20005

3. Service Type: ☒ Certified Mail   ☐ Express Mail   ☐ Registered   ☐ Return Receipt for Merchandise   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 0452 7318

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0985

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

RECEIVED

1. Article Addressed to:
C. T. Corporation Inc
1015 15th Street, NW
Suite 1000
Washington, DC
20005

3. Service Type: ☒ Certified Mail   ☐ Express Mail   ☐ Registered   ☐ Return Receipt for Merchandise   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 0452 [illegible]

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0985

---

**RECEIVED**

AUG 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT